**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6009**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RICHARD ENRIQUEZ,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Chief District Judge.  (CR-97-173-MU)

———————

Submitted:  July 30, 2004          Decided:  August 16, 2004

———————

Before WIDENER, MOTZ, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Richard Enriquez, Appellant Pro Se.  Douglas Scott Broyles, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard Enriquez appeals the district court's order denying relief on his motion to clarify the court's intention as to the concurrent nature of his sentence.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Enriquez, No. CR-97-173-MU (W.D.N.C. Nov. 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]Contrary to the government's assertion, Enriquez timely filed his notice of appeal. See Fed. R. App. P. 4(b)(1)(A), 26(a)(2).